# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **BUSEY BANK, an Illinois banking corporation,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **Case No.:** |
| **BENJA INCORPORATED, a Delaware corporation;** | ) ) ) ) |
| and | ) ) |
| **ANDREW J. CHAPIN,** | ) ) |
| **Defendants.** | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Ryan J. Mason of Mason Law Firm LLC, and hereby enters his appearance on behalf of Defendants BENJA INCORPORATED and ANDREW J. CHAPIN.

Dated: October 13, 2020

Respectfully submitted,

MASON LAW FIRM LLC

By:  */s/ Ryan J. Mason*
Ryan J. Mason (#MO56167)
13421 Manchester Road, Suite 105
St. Louis, Missouri 63131
(314) 686-4044
Fax (314) 754-9568
*rmason@masonlawstl.com*

ATTORNEY FOR DEFENDANTS
BENJA INCORPORATED and ANDREW J. CHAPIN

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/ECF system on **October 13, 2020**, and service shall be made by **email** and the **CM/ECF system** on counsel of record, including the following:

| | |
|---|---|
| Michael A. Campbell<br>Nicholas A. Griebel<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>*mcampbell@polsinelli.com*<br>*ngriebel@polsinelli.com*<br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK | Jerry L. Switzer, Jr.<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>*jswitzer@polsinelli.com*<br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK |

                                     /s/ *Ryan J. Mason*