**Reset Form**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| BUSEY BANK | ) |
|  | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs. | )   Case No. |
|  | ) |
| BENJA INCORPORATED, et al., | ) |
|  | ) |
| Defendant(s). | ) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Benja Incorporated  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      None

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

   /s/ Ryan J. Mason
   Signature (Counsel for Plaintiff/Defendant)
   Print Name:  Ryan J. Mason
   Address:  13421 Manchester Rd, Ste 105
   City/State/Zip:  St. Louis, MO 63131
   Phone:  (314) 686-4044

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
  Oct 13 2020  , 20 20  .

   /s/ Ryan J. Mason
   Signature