**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**
**TWENTY-FIRST JUDICIAL CIRCUIT**

| | | |
|---|---|---|
| **BUSEY BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 20SL-CC05024 |
| | ) | |
| v. | ) | Division 21 |
| | ) | |
| **BENJA INCORPORATED, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:   CLERK OF THE ST. LOUIS COUNTY CIRCUIT COURT AND PLAINTIFFS

You are hereby notified that Defendants BENJA INCORPORATED and ANDREW J. CHAPIN filed with the United States District Court for the Eastern District of Missouri a Notice of Removal, a copy of which is attached hereto.  Pursuant to 28 U.S.C § 1446(d), this notice shall effect the removal, and this honorable Court shall proceed no further unless and until the case is remanded.

**A copy of the above Notice and the attached Notice of Removal were filed in the Circuit Court of St. Louis County this _____ day of _____, 2020.**

_____
**Clerk of the Circuit Court**

Respectfully submitted,

MASON LAW FIRM LLC


By: */s/ Ryan J. Mason*
    RYAN J. MASON (#56167)
    13421 Manchester Road, Suite 105
    St. Louis, Missouri 63131
    (314) 686-4044
    Fax (314) 754-9568
    rmason@masonlawstl.com

ATTORNEY FOR DEFENDANTS
BENJA INCORPORATED and ANDREW J. CHAPIN


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing was filed with the clerk of the court through the electronic-filing system pursuant to Rule 103.05 on this **13th** day of **October, 2020**. Service shall be made to registered users through the **electronic-filing system** pursuant to Rule 103.08.

                                              */s/ Ryan J. Mason*