20SL-CC05024

Electronically Filed - St Louis County - October 06, 2020 - 05:19 PM

# EXHIBIT 4

Electronically Filed - St Louis County - October 06, 2020 - 05:19 PM

# iLien Cover Page

Date Printed:  07/19/2019

Debtor:
BENJA INCORPORATED
845 Market Street 450A
San Francisco, CA  94103

Cost Center:  33500
Relationship Manger:  Dan Saettele
Region:  Gateway
Special Assets:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #:  72257856
Order Confirmation #:  70865712

UserID:  292595
UserName:  AMY STAHL
Number of Collateral Pages Attached:  0

Transaction Type:  Original
Jurisdiction:  DE, Secretary of State

# State of Delaware - Division of Corporations

**FAX**  **UNIFORM COMMERCIAL CODE FILING SHEET**

☐ Priority 1 (Two HR. Service)  ☐ Priority 2 (Same Day)  ☐ Priority 3 (24 Hour)  ☒ Priority 6 (Reg. Work)

DATE SUBMITTED: 07/19/2019
REQUESTOR NAME: **Lien Solutions**
ADDRESS: **P.O. Box 29071**
**Glendale, CA  91209-9071**
ATTN:
PHONE: (800) 331-3282 Fax: (818) 662-4141
ACCOUNT NUMBER: **9224820**

FILE DATE _____
FILE TIME _____

NAME OF COMPANY/ENTITY:   BENJA INCORPORATED
TRUST FORMED ON   _____
TRUST NAME/NUMBER IDENTIFIER   _____
TYPE OF DOCUMENT:   **UCC1**

| FOR UCC FILING ONLY | METHOD of RETURN |
|---|---|
| BASE FEE                    $ _____ | ____ MESSENGER/PICKUP<br>____ FED. EXPRESS Acct# _____<br>____ REGULAR MAIL |
| SPECIAL SERVICE FEE   $ _____ | ____ OTHER _____ |
| CHECK #                        $ _____ | |
| | COMMENTS/FILING INSTRUCTIONS |
| TOTAL  $ _____ | |

CREDIT CARD CHARGES

You have my authorization to charge my credit card for this service:

_____-_____-_____-_____   Exp. Date _____

Signature _____   Printed Name _____

X
X

| AGENT USE ONLY | INSTRUCTIONS |
|---|---|
| | 1. Full shade in the required Priority square using a dark pencil or marker, staying within the square.<br>2. Each Request must be submitted as a separate item, with its own Filing sheet as the FIRST PAGE. |

Order No: 70865712

SODUCC4 03-02-98

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   49152 - Busey Bank

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

70865712

DEDE

File with: Secretary of State, DE

**Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : 20195005348
File Date   : 19-Jul-2019

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BENJA INCORPORATED | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 845 Market Street 450A | San Francisco | CA / 94103 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Busey Bank | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 12300 Olive Blvd | Creve Coeur | MO / 63141 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of debtor

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
70865712                33500                                                    Dan Saettele

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282