20SL-CC05024

Electronically Filed - St Louis County - October 06, 2020 - 05:19 PM

# EXHIBIT 8



**Busey Banking Service Support**

PO Box 17370
Urbana, IL 61803-9802
WWW.BUSEY.COM
Phone     800.203.4983
Fax          314.317.7983

**To:**     Taylor Walter
**Attn:**
**Email:**                                                                                     **Prepared By: Ashtin Keating**

**Customer Name: BENJA INCORPORATED**                         **Date Prepared: 10/1/2020**

**Loan Number: 6706744910865**                                            **Original Date: 07/16/2019**

**Collateral Address:**         ,        ,            ,                **Original Amount: $1,000,000.00**

| | |
|---|---|
| Principal Balance: | $4,999,999.50 |
| Interest Balance: | $26,656.53 |
| Late Fee Balance: | $0.00 |
| Unapplied Funds: | $(0.00) |
| Prepayment Fee: | $0.00 |
| **PAYOFF AMOUNT:** | **$5,026,656.03** |
| PMI | $0.00 |
| Release Fee: | $ |
| **AMOUNT TO BE REMITTED:** | **$5,026,656.03** |
| **Daily Accrual:** | $577.26 |
| **Search (Payoff) Date:** | 10/01/2020 |

*\*\*After this date a new payoff quote will need to be requested.\*\**

**Escrow Balance:  $**
*Any escrow balance or overpayment will be mailed to the borrowers within 15 business days after the receipt and processing of the funds required to pay the loan in full.   Once the loan is paid in full it immediately becomes the responsibility of the homeowner to obtain and pay property tax bills, homeowner's and flood insurance premiums.*

*Verified by: ASF*

*<u>Caution</u>: Any loan payoff quote is accurate according to our records AS OF THE DATE SEARCHED and only as to the loan number stated above. Actual payoff at a future date may be affected by (1)payments made, (2)interest, late fees and other expenses incurred, (3)further advances, (4)payment of insurance and/or taxes. Issuance of this statement does not suspend the requirement to make the regularly scheduled payment when due.  Our release of lien is subject to actual payment in full of all related indebtedness <u>and</u> our receipt, FROM THE BORROWER, of a written cancellation of any applicable revolving credit agreement.*

Mailing Address: PO Box 17370 Urbana, IL 61803-9802
Overnight Address: 115 N. Neil St, Suite 300, Champaign, IL 61820





***Please return this portion along with your payoff check.***

*If you have an escrow account and your address has or will be changed, please complete the information below and send with your payoff.  This will ensure that your escrow funds will be mailed to your correct address.*

LOAN NUMBER: 6706744910865

CUSTOMER NAME: BENJA INCORPORATED

❑   FORWARDING ADDRESS:
_____
_____
_____

CUSTOMER SIGNATURE NEEDED FOR ADDRESS CHANGE:

_____        _____
SIGNATURE                                                                              DATE

❑   SEND RELEASE OF LIEN TO:
_____
_____
_____

FEE FOR RECORDING WAS:

❑   COLLECTED AND HELD BY   _____

❑   INCLUDED WITH BUSEY BANK PAYOFF

Mailing Address: PO Box 17370 Urbana, IL 61803-9802
Overnight Address: 115 N. Neil St, Suite 300, Champaign, IL 61820





## Instructions for Incoming Wires to Commercial Banking Service Support

| | |
|---|---|
| ABA: | 071102568 |
| Bank Name: | Busey Bank |
| | 100 W. University Ave. |
| | Champaign, IL   61820 |
| | |
| Attn: | Commercial Banking Service Support |
| Account Number: | 500719364 |

Further Credit To
    Beneficiary Name:  *BENJA INCORPORATED*
    Beneficiary Loan Number:  *6706744910865*
    Beneficiary Address:  *845 MARKET ST 450A*
                                      *SAN FRANCISCO CA 94117*

*Please note that any wire received after 4:00pm will be processed the next business day.  Please add additional daily accrual if necessary.*

**THANK YOU!**

Mailing Address: PO Box 17370 Urbana, IL 61803-9802
Overnight Address: 115 N. Neil St, Suite 300, Champaign, IL 61820

**BUSEY BANK**
100 W UNIVERSITY AVE
CHAMPAIGN IL 61820
800-672-8739

**Corporation Activity Statement**

**BENJA INCORPORATED**
845 MARKET ST 450A
SAN FRANCISCO CA 94117

## General Information

| | | | | |
|---|---|---|---|---|
| Account Number: | 670674491XXXX | | Customer Number: | BAB7762 |
| Home Phone: | (203)695-4167 | | Work Phone: | (203)695-4167 |
| Loan Term: | 6 | | Loan Type: | Coml & Industrial |
| Interest Rate: | 4.156250 % | | Origination Date: | 07/16/2019 |
| | | | Date Range: | 1/1/0001-12/31/9999 |
| Loan Officer: | Walter Taylor | | | |
| Collateral: | All Business Assets | | | |
| Call Report: | Commercial and Industrial Loans to US Addresses | | | |
| Loan Purpose: | Working Capital | | | |

## Balance & Payment Information

| | | | | |
|---|---|---|---|---|
| Original Amount: | $1,000,000.00 | | Payment Due Date: | 09/28/2020 |
| Current Balance: | $4,999,999.50 | | Payment Amount: | $16,846.70 |
| Accrued Interest: | $26,656.53 | | Principal/Interest: | $0.00 |
| Daily Per Diem: | $577.25688 | | Payment Type: | Payment is accrued interest only |

## Loan History

| Posting Date | Transaction Description | Debit | Credit | Principal Balance |
|---|---|---|---|---|
| 07/19/2019 | Loan Advance | $668,000.00 | | $668,000.00 |

October 1, 2020
Page: 1

| Date | Transaction Description | Affects | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/01/2019 | Loan Advance | | $232,000.00 | | $900,000.00 |
| 08/05/2019 | Loan Advance | | $50,000.00 | | $950,000.00 |
| 08/15/2019 | Regular Payment | | | $2,297.53 | $950,000.00 |
| 08/15/2019 | Interest Payment Split Out | | | $1,297.53 | $950,000.00 |
| 08/15/2019 | Principal Payment Split Out | | | $1,000.00 | $949,000.00 |
| 08/16/2019 | Interest Rate Change | 5.18200000 % | | $0.00 | $949,000.00 |
| 09/16/2019 | Interest Rate Change | 5.02475000 % | | $0.00 | $949,000.00 |
| 09/23/2019 | Loan Advance | | $40,000.00 | | $989,000.00 |
| 10/08/2019 | Regular Payment | | | $4,500.00 | $989,000.00 |

**Payment Break Down**

| Transaction Description | Affects | Debit | Credit | Balance |
|---|---|---|---|---|
| Interest Payment Split Out | Interest Payment | | | $989,000.00 |
| Interest Payment Split Out | Interest Payment | | | $989,000.00 |

| Date | Transaction Description | Affects | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/16/2019 | Interest Rate Change | 4.88913000 % | | $0.00 | $989,000.00 |
| 10/28/2019 | Late Charge Assessed | | $193.27 | | $989,000.00 |
| 10/30/2019 | Loan Advance | | $11,000.00 | | $1,000,000.00 |
| 11/12/2019 | Regular Payment | | | $725.00 | $1,000,000.00 |

**Payment Break Down**

| Transaction Description | Affects | Debit | Credit | Balance |
|---|---|---|---|---|
| Interest Payment Split Out | Interest Payment | | | $1,000,000.00 |
| 11/18/2019 Interest Rate Change | 4.76250000 % | | $0.00 | $1,000,000.00 |

| Date | Transaction Description | | | | Balance |
|---|---|---|---|---|---|
| 11/18/2019 | Effective Date Credit Interest Adj. | | $7.03 | | $1,000,000.00 |
| 11/20/2019 | Regular Payment | | | $1,000.00 | $1,000,000.00 |

### Payment Break Down

| Transaction Description | Affects | Debit | Credit |
|---|---|---|---|
| Interest Payment Split Out | Interest Payment | | $1,000,000.00 |

| Date | Transaction Description | | | | Balance |
|---|---|---|---|---|---|
| 11/26/2019 | Regular Payment | | | $6,770.55 | $1,000,000.00 |

### Payment Break Down

| Transaction Description | Affects | Debit | Credit |
|---|---|---|---|
| Late Charge Split Out | Late Charge | | $1,000,000.00 |
| Interest Payment Split Out | Interest Payment | | $1,000,000.00 |
| Late Charge Split Out | Late Charge | | $1,000,000.00 |
| Interest Payment Split Out | Interest Payment | | $1,000,000.00 |

| Date | Transaction Description | | | | Balance |
|---|---|---|---|---|---|
| 12/11/2019 | Regular Payment | | $25,000.00 | | $979,153.80 |

### Payment Break Down

| Transaction Description | Affects | Debit | Credit |
|---|---|---|---|
| Principal Payment Split Out | Principal | | $979,153.80 |
| Interest Payment Split Out | Interest Payment | | $1,000,000.00 |

| Date | Transaction Description | | | | Balance |
|---|---|---|---|---|---|
| 12/16/2019 | Interest Rate Change | 4.73738000 % | | $0.00 | $979,153.80 |
| 01/16/2020 | Interest Rate Change | 4.66900000 % | | $0.00 | $979,153.80 |
| 01/22/2020 | Regular Payment | | | $4,000.00 | $979,053.71 |

## Payment Break Down

| Transaction Description | Affects | Debit | Credit | Balance |
|---|---|---|---|---|
| Principal Payment Split Out | Principal | | | $979,053.71 |
| Interest Payment Split Out | Interest Payment | | | $979,153.80 |
| 01/28/2020 Loan Advance | | $20,946.29 | | $1,000,000.00 |
| 02/18/2020 Interest Rate Change | 4.65850000 % | | $0.00 | $1,000,000.00 |
| 02/18/2020 Effective Date Credit Interest Adj. | | | $0.58 | $1,000,000.00 |
| 02/26/2020 Late Charge Assessed | | $211.74 | | $1,000,000.00 |
| 02/28/2020 Interest Rate Change | 5.64700000 % | | $0.00 | $1,000,000.00 |
| 02/28/2020 Loan Advance | | $1,250,000.00 | | $2,250,000.00 |
| 02/28/2020 Additional Interest Payment | | | $7,473.60 | $2,250,000.00 |
| 02/28/2020 Loan Renewal | | | $0.00 | $2,250,000.00 |
| 03/02/2020 Loan Advance | | $550,000.00 | | $2,800,000.00 |
| 03/12/2020 Loan Advance | | $125,000.00 | | $2,925,000.00 |
| 03/16/2020 Interest Rate Change | 4.80013000 % | | $0.00 | $2,925,000.00 |
| 03/26/2020 Loan Advance | | $16,100.00 | | $2,941,100.00 |
| 04/07/2020 Late Charge Assessed | | $295.49 | | $2,941,100.00 |
| 04/08/2020 Additional Principal Payment | | | $450,000.00 | $2,491,100.00 |
| 04/16/2020 Interest Rate Change | 4.75075000 % | | $0.00 | $2,491,100.00 |
| 04/20/2020 Loan Advance | | $400,000.00 | | $2,891,100.00 |

| Date | Transaction Description | Affects | Payment Break Down | | | |
|---|---|---|---|---|---|---|
| | | | | Debit | Credit | Balance |
| 04/28/2020 | Regular Payment | | | | $5,909.74 | $2,891,100.00 |
| | Interest Payment Split Out | Interest Payment | | | | $2,891,100.00 |
| 04/28/2020 | Regular Payment | | | | $12,035.38 | $2,891,100.00 |

| Date | Transaction Description | Affects | Payment Break Down | | | |
|---|---|---|---|---|---|---|
| | | | | Debit | Credit | Balance |
| | Interest Payment Split Out | Interest Payment | | | | $2,891,100.00 |
| 05/18/2020 | Interest Rate Change | 4.18213000 % | | | $0.00 | $2,891,100.00 |
| 05/18/2020 | Effective Date Credit Interest Adj. | | | | $91.32 | $2,891,100.00 |
| 05/28/2020 | Additional Principal Payment | | | | $700,000.00 | $2,191,100.00 |
| 06/03/2020 | Loan Advance | | | $500,000.00 | | $2,691,100.00 |
| 06/08/2020 | Late Charge Assessed | | | $554.33 | | $2,691,100.00 |
| 06/09/2020 | Loan Advance | | | $250,000.00 | | $2,941,100.00 |
| 06/09/2020 | Loan Advance | | | $55,000.00 | | $2,996,100.00 |
| 06/15/2020 | Late Fee Waive Assessed | | | | $211.74 | $2,996,100.00 |
| 06/15/2020 | Late Fee Waive Assessed | | | | $295.49 | $2,996,100.00 |
| 06/15/2020 | Late Fee Waive Assessed | | | | $554.33 | $2,996,100.00 |
| 06/15/2020 | Regular Payment | | | | $11,086.50 | $2,996,100.00 |

| Date | Transaction Description | Affects | Payment Break Down | | | |
|---|---|---|---|---|---|---|
| | | | | Debit | Credit | Balance |
| | Interest Payment Split Out | Interest Payment | | | | $2,996,100.00 |

| Date | Transaction Description | Affects | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 06/16/2020 | Interest Rate Change | 4.19388000 % | | | $0.00 | $2,996,100.00 |
| 07/08/2020 | Late Charge Assessed | | | $533.31 | | $2,996,100.00 |
| 07/10/2020 | Regular Payment | | | | $11,199.54 | $2,996,100.00 |

### Payment Break Down

| Transaction Description | Affects | Debit | Credit |
|---|---|---|---|
| Late Charge Split Out | Late Charge | | |
| Interest Payment Split Out | Interest Payment | | |

| Date | Transaction Description | Affects | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 07/13/2020 | Loan Advance | | | $3,800.00 | | $2,999,900.00 |
| 07/16/2020 | Interest Rate Change | 4.18088000 % | | | $0.00 | $2,999,900.00 |
| 08/07/2020 | Late Charge Assessed | | | $488.60 | | $2,999,900.00 |
| 08/17/2020 | Interest Rate Change | 4.16188000 % | | | $0.00 | $2,999,900.00 |
| 08/17/2020 | Effective Date Credit Interest Adj. | | | | $1.58 | $2,999,900.00 |
| 08/18/2020 | Regular Payment | | | | $10,260.63 | $2,999,900.00 |

### Payment Break Down

| Transaction Description | Affects | Debit | Credit |
|---|---|---|---|
| Late Charge Split Out | Late Charge | | |
| Interest Payment Split Out | Interest Payment | | |

| Date | Transaction Description | Affects | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 08/20/2020 | Interest Rate Change | 4.15200000 % | | | $0.00 | $2,999,900.00 |
| 08/20/2020 | Loan Advance | | | $1,979,296.50 | | $4,979,196.50 |
| 08/20/2020 | Loan Renewal | | | | $0.00 | $4,979,196.50 |
| 08/20/2020 | Regular Payment | | | | $10,803.49 | $4,979,196.50 |

## Payment Break Down

| Transaction Description | Affects | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| Interest Payment Split Out | Interest Payment | | | | $4,979,196.50 |
| 08/21/2020 Loan Advance | | | $20,803.00 | | $4,999,999.50 |
| 09/21/2020 Interest Rate Change | 4.15625000 % | | | $0.00 | $4,999,999.50 |
| 09/21/2020 Effective Date Debit Interest Adj. | | | $0.59 | | $4,999,999.50 |
| | | **Totals:** | $6,174,223.12 | $1,266,521.56 | |