Michael Campbell

| | |
|---|---|
| From: | Jennifer R. Byrne <JByrne@atllp.com> |
| Sent: | Monday, September 28, 2020 2:21 PM |
| To: | Scott Sklar |
| Subject: | RE: Benja |

Scott,

Thank you for your email and voicemail messages. You are raising some serious issues. Our records do not reflect that we have ever represented Benja. We have no record of our firm preparing or sending a DocuSign package to you or any other potential investor in Benja, and I have confirmed with our IT group that we did not even have the ability to send DocuSign packages from our system until this year.

Without violating any duties or agreements of confidentiality, can you please tell me what led you to believe that our firm was involved in this transaction?

Best regards,
Jennifer


Armstrong Teasdale LLP
Jennifer R. Byrne | Partner
DIRECT: 314.342.8025 | FAX: 314.552.4886 | MAIN OFFICE: 314.621.5070 | CELL: 314.705.0108


**********************PRIVATE AND CONFIDENTIAL**********************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

-----Original Message-----

1

EXHIBIT A

From: Scott Sklar [mailto:scottsklar1@comcast.net]
Sent: Sunday, September 27, 2020 4:41 PM
To: Jennifer R. Byrne
Subject: Benja

CAUTION:        EXTERNAL EMAIL


Hi Jennifer,
On 12/12/18 I received a DocuSign from your office with a master shareholders agreement to sign in conjunctions with my investment in Benja.  In the past two week I have discovered many fraudulent activities in conjunction with this investment, including the fact that Cultivation Capital and Cliff Holekamp (as their representative) never in fact made any investment in Benja.  His signatures, his gmail accounts were all forged. There are part of multiple deceptions that have occurred with Benja apparently all perpetrated by its CEO Andrew Chapin. I am reconstructing these as best I can. If you would please contact me asap it would be much appreciated. I left you a voice mail as well.
Your prompt reply would be much appreciated Scott Sklar'
 415 389 8496 (home office)
4154 613 9411

EXHIBIT A

9:30

Lets discuss

Begin forwarded message:

**From:** "Jennifer Byrne via DocuSign"
<dse_NA3@docusign.net>
**Subject: Benja - Master Shareholder Agreement**
**Date:** December 11, 2018 at 1:31:35 PM PST
**To:** "Scott Sklar" <scottsklar1@comcast.net>
**Reply-To:** "Jennifer Byrne"
<jbyrne@armstrongteasdalemail.com>





**Jennifer Byrne**
jbyrne@armstrongteasdalemail.com

Cultivation, Wong, Sklar Family Trust,
Hoskins/Frame Family Trust

**Do Not Share This Email**
This email contains a secure link to DocuSign.
Please do not share this email, link, or access code
with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and
enter the security code:
5B9845DEC5E54DCCA2D036362A87D1143

**About DocuSign**
Sign documents electronically in just minutes. It's
safe, secure, and legally binding. Whether you're in
an office, at home, on-the-go -- or even across the
globe -- DocuSign provides a professional trusted
solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have
questions about the details in the document, please
reach out to the sender by emailing them directly.

**EXHIBIT A**