# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **BUSEY BANK,** | Case No.: 4:20-cv-01473 |
| Plaintiff, | Courtroom: 10 North |
| v. | Chambers: 10.182 |
| **BENJA INCORPORATED, et al.,** | Judge: Hon. Henry E. Autrey |
| Defendants. | |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

A Chapter 11 Petition has been filed by Defendant Benja Incorporated in the United States Bankruptcy Court for the Northern District of California, and it was assigned Case No. 20-30819.

Dated: October 15, 2020

MASON LAW FIRM LLC

By: */s/ Ryan J. Mason*
Ryan J. Mason (#MO56167)
13421 Manchester Road, Suite 105
St. Louis, Missouri 63131
(314) 686-4044
rmason@masonlawstl.com

SLATER LAW GROUP, APC

Mark K. Slater
(*pro hac vice admission pending*)
Junyong Huang-Stowers
(*pro hac vice admission pending*)
33 New Montgomery Street, Suite 1210
San Francisco, California 94105
(415) 294-7700
mslater@slaterlawgrp.com
jhuang@slaterlawgrp.com

ATTORNEYS FOR DEFENDANT
BENJA INCORPORATED

## CERTIFICATE OF SERVICE

      The undersign hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/CEF system on October 15, 2020, and service shall be made by email and the CM/ECF system on counsel of record, including the following:

| | |
|---|---|
| Michael A. Campbell<br>Nicholas A. Griebel<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>*mcampbell@polsinelli.com*<br>*ngriebel@polsinelli.com*<br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK | Jerry L. Switzer, Jr.<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>*jswitzer@polsinelli.com*<br>ATTORNEYS FOR PLAINTIFF BUSEY BANK |

                                                      */s/ Ryan J. Mason*