IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BUSEY BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-01473-HEA ) |
| BENJA INCORPORATED, et al., | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT ANDREW J. CHAPIN'S
### FIRST MEMORANDUM REGARDING STATUS OF CRIMINAL CASE

COMES NOW Defendant Andrew J. Chapin ("**Chapin**"), by and through undersigned counsel, and in compliance with this honorable Court's Opinion, Memorandum and Order [Doc. No. 23], submits this first memorandum regarding the status of Chapin's criminal case, stating as follows:

*U.S. v. Chapin* is still pending as Case No. 3:20-mj-71712-MAG in the United States District Court for the Northern District of California, and a trial date has not yet been set.

Also of note, the case filed by the Securities and Exchange Commission against Chapin known as *SEC v. Benja Inc., et al.* is still pending as Case No. 4:20-cv-08238-JSW in the United States District Court for the Northern District of California, and a trial date has not yet been set in that case either.

                                                    Respectfully submitted,

Dated: April 8, 2021                              MASON LAW FIRM LLC

                                        By:  */s/ Ryan J. Mason*
                                                  Ryan J. Mason #56167(MO)
                                                  13421 Manchester Road, Suite 105
                                                  St. Louis, Missouri 63131
                                                  (314) 686-4044
                                                  rmason@masonlawstl.com

                                                  SLATER LAW GROUP, APC
                                                  Mark K. Slater
                                                  (*admitted pro hac vice*)
                                                  33 New Montgomery St., Suite 1210
                                                  San Francisco, California 94105
                                                  (415) 294-7700
                                                  mslater@slaterlawgrp.com

                                                  ATTORNEYS FOR DEFENDANT
                                                  ANDREW J. CHAPIN


## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/CEF system on April 8, 2021, and service shall be made by the CM/ECF system on counsel of record, including the following:

Michael A. Campbell  
Nicholas A. Griebel  
POLSINELLI PC  
100 South Fourth Street, Suite 1000  
St. Louis, Missouri 63102  
*mcampbell@polsinelli.com*  
*ngriebel@polsinelli.com*  

ATTORNEYS FOR PLAINTIFF  
BUSEY BANK  

Jerry L. Switzer, Jr.  
POLSINELLI PC  
150 North Riverside Plaza, Suite 3000  
Chicago, Illinois 60606  
*jswitzer@polsinelli.com*  

ATTORNEYS FOR PLAINTIFF  
BUSEY BANK  

                                                  */s/ Ryan J. Mason*