# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **BUSEY BANK,** | ) |
| Plaintiff, | ) ) ) Case No. 4:20-cv-01473-HEA |
| v. | ) ) |
| **BENJA INCORPORATED, et al.,** | ) ) |
| Defendants. | ) ) |

### DEFENDANT ANDREW J. CHAPIN'S
### SECOND MEMORANDUM REGARDING STATUS OF CRIMINAL CASE

COMES NOW Defendant Andrew J. Chapin ("**Chapin**"), by and through undersigned counsel, and in compliance with this honorable Court's Opinion, Memorandum and Order [Doc. No. 23], submits this second memorandum regarding the status of Chapin's pending criminal case, stating as follows:

*U.S. v. Chapin* is still pending as Case No. 3:20-mj-71712-MAG in the United States District Court for the Northern District of California.

And the case filed by the Securities and Exchange Commission against Chapin known as *SEC v. Benja Inc., et al.* is also still pending as Case No. 4:20-cv-08238-JSW in the United States District Court for the Northern District of California.

                                        Respectfully submitted,

Dated: May 21, 2021                            MASON LAW FIRM LLC

                                    By:  */s/ Ryan J. Mason*
                                              Ryan J. Mason #56167(MO)
                                              13421 Manchester Road, Suite 105
                                              St. Louis, Missouri 63131
                                              (314) 686-4044
                                              rmason@masonlawstl.com

                                              SLATER LAW GROUP, APC
                                              Mark K. Slater
                                              (*admitted pro hac vice*)
                                              33 New Montgomery St., Suite 1210
                                              San Francisco, California 94105
                                              (415) 294-7700
                                              mslater@slaterlawgrp.com

                                              ATTORNEYS FOR DEFENDANT
                                              ANDREW J. CHAPIN


## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/CEF system on May 21, 2021, and service shall be made by the CM/ECF system on counsel of record, including the following:

| | |
|---|---|
| Michael A. Campbell<br>Nicholas A. Griebel<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>*mcampbell@polsinelli.com*<br>*ngriebel@polsinelli.com*<br><br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK | Jerry L. Switzer, Jr.<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>*jswitzer@polsinelli.com*<br><br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK |

                                              */s/ Ryan J. Mason*