# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **BUSEY BANK,** | ) |
| Plaintiff, | ) ) ) ) Case No. 4:20-cv-01473-HEA |
| v. | ) ) ) |
| **BENJA INCORPORATED, et al.,** | ) ) ) |
| Defendants. | ) |

## DEFENDANT ANDREW J. CHAPIN'S
## THIRD MEMORANDUM REGARDING STATUS OF CRIMINAL CASE

COMES NOW Defendant Andrew J. Chapin ("**Chapin**"), by and through undersigned counsel, and in compliance with this honorable Court's Opinion, Memorandum and Order [Doc. No. 23], submits this third memorandum regarding the status of Chapin's pending criminal case, stating as follows:

*U.S. v. Chapin*—originally known as Case No. 3:20-mj-71712-MAG, but known as Case No. 3:21-CR-00217-MMC since May 27, 2021—is still an open case pending in the United States District Court for the Northern District of California, but a plea was entered on June 16, 2021, and sentencing has been scheduled for October 6, 2021.

And the case filed by the Securities and Exchange Commission against Chapin known as *SEC v. Benja Inc., et al.* is also still pending as Case No. 4:20-cv-08238-JSW in the United States District Court for the Northern District of California.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 24, 2021 | MASON LAW FIRM LLC |
|  | By:  */s/ Ryan J. Mason* |
|  | Ryan J. Mason #56167(MO) |
|  | 13421 Manchester Road, Suite 105 |
|  | St. Louis, Missouri 63131 |
|  | (314) 686-4044 |
|  | rmason@masonlawstl.com |
|  |  |
|  | SLATER LAW GROUP, APC |
|  | Mark K. Slater |
|  | (*admitted pro hac vice*) |
|  | 33 New Montgomery St., Suite 1210 |
|  | San Francisco, California 94105 |
|  | (415) 294-7700 |
|  | mslater@slaterlawgrp.com |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | ANDREW J. CHAPIN |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/CEF system on June 24, 2021, and service shall be made by the CM/ECF system on counsel of record, including the following:

| | |
|---|---|
| Michael A. Campbell | Jerry L. Switzer, Jr. |
| Nicholas A. Griebel | POLSINELLI PC |
| POLSINELLI PC | 150 North Riverside Plaza, Suite 3000 |
| 100 South Fourth Street, Suite 1000 | Chicago, Illinois 60606 |
| St. Louis, Missouri 63102 | *jswitzer@polsinelli.com* |
| *mcampbell@polsinelli.com* | |
| *ngriebel@polsinelli.com* | ATTORNEYS FOR PLAINTIFF |
| | BUSEY BANK |
| ATTORNEYS FOR PLAINTIFF | |
| BUSEY BANK | |

                                                */s/ Ryan J. Mason*