IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BUSEY BANK,** | ) |
| Plaintiff, | ) ) ) Case No. 4:20-cv-01473-HEA |
| v. | ) ) |
| **BENJA INCORPORATED, et al.,** | ) ) |
| Defendants. | ) ) |

**DEFENDANT ANDREW J. CHAPIN'S**
**FOURTH MEMORANDUM REGARDING STATUS OF CRIMINAL CASE**

COMES NOW Defendant Andrew J. Chapin ("**Chapin**"), by and through undersigned counsel, and in compliance with this honorable Court's Opinion, Memorandum and Order [Doc. No. 23], submits this fourth memorandum regarding the status of Chapin's criminal case, stating as follows:

On December 15, 2021, Chapin was sentenced by the Honorable Maxine M. Chesney, concluding his criminal case.[1]

On September 1, 2021, the Honorable Jeffrey S. White entered Judgment as to Defendant Andrew J. Chapin, concluding the Securities and Exchange Commission's case[2] as to Chapin.

---

[1] *U.S. v. Chapin*, Case No. 3:21-CR-00217-MMC-1 in the United States District Court for the Northern District of California.

[2] *SEC v. Benja Inc., et al.*, Case No. 4:20-cv-08238-JSW in the United States District Court for the Northern District of California.

                                                  Respectfully submitted,

Dated: December 16, 2021                      MASON LAW FIRM LLC

                                            By: */s/ Ryan J. Mason*
                                                    Ryan J. Mason #56167(MO)
                                                    13421 Manchester Road, Suite 105
                                                    St. Louis, Missouri 63131
                                                    (314) 686-4044
                                                    rmason@masonlawstl.com

                                                    SLATER LAW GROUP, APC
                                                    Mark K. Slater
                                                    (*admitted pro hac vice*)
                                                    33 New Montgomery St., Suite 1210
                                                    San Francisco, California 94105
                                                    (415) 294-7700
                                                    mslater@slaterlawgrp.com

                                                    ATTORNEYS FOR DEFENDANT
                                                    ANDREW J. CHAPIN

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically filed using the CM/CEF system on December 16, 2021, and service shall be made by the CM/ECF system on counsel of record, including the following:

| | |
|---|---|
| Michael A. Campbell<br>Nicholas A. Griebel<br>POLSINELLI PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>*mcampbell@polsinelli.com*<br>*ngriebel@polsinelli.com*<br><br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK | Jerry L. Switzer, Jr.<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>*jswitzer@polsinelli.com*<br><br>ATTORNEYS FOR PLAINTIFF<br>BUSEY BANK |

                                                      */s/ Ryan J. Mason*