# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BUSEY BANK, an Illinois Banking Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) |
| BENJA INCORPORATED and ANDREW J. CHAPIN, | ) ) ) |
| Defendants. | ) |

CASE NO: 4:20CV1473 HEA

## ORDER

This matter is before the Court on its own motion. On December 16, 2021, Defendant Andrew Chapin filed a status report advising the Court that on December 15, 2021, Chapin was sentenced by the Honorable Maxine M. Chesney, concluding his criminal case. *U.S. v. Chapin*, Case No. 3:21-CR-00217-MMC-1 in the United States District Court for the Northern District of California.

On September 1, 2021, the Honorable Jeffrey S. White entered Judgment as to Defendant Andrew J. Chapin, concluding the Securities and Exchange Commission's case2 as to Chapin. *SEC v. Benja Inc., et al*., Case No. 4:20-cv-

08238-JSW in the United States District Court for the Northern District of California.

It appears to the Court that the reason for the stay in this matter no longer exists.

Accordingly,

**IT IS HEREBY ORDERED** that the stay in this matter is lifted and the case shall now proceed in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

Dated this 17th day of December 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE