## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| BUSEY BANK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-CV-01473-HEA |
| BENJA INCORPORATED, et al., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of Defendant Andrew Chapin's Status Report filed December 16, 2021. The stay in this matter was lifted on December 17, 2021. Defendant Chapin was given an extension to file his answer until the Motion to Stay had been ruled. Since the lifting of the stay, Defendant Chapin has not filed an answer or other responsive pleading.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal.

Dated this 8th day of February 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE