UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BUSEY BANK, an Illinois Banking Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) | CASE NO: 4:20CV1473 HEA
| BENJA INCORPORATED and ANDREW J. CHAPIN, | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on its own motion. On or before December 15, 2023, the parties shall file a status report regarding Defendant Benja Incorporated's bankruptcy proceedings and what, if any, action shall be taken in this matter.

Dated this 15th day of November, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE