# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BUSEY BANK, an Illinois Banking Corporation, ) ) ) Plaintiff, ) ) v. ) ) ) BENJA INCORPORATED and ) ANDREW J. CHAPIN, ) ) Defendants. ) | CASE NO: 4:20CV1473 HEA |

## ORDER

This matter is before the Court on its own motion. On Defendant 15, 2023 the parties, in response to the Court's Order, advised the Court that the bankruptcy proceeding of Benja Incorporated continued to be ongoing, with no known final resolution.

Therefore

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively close this matter until such time as the parties advise the Court that the bankruptcy proceeding is no longer pending and the stay in this matter may

be lifted.

Dated this 8th  day of January 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2